IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK GIBBONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0382 |
| | § | |
| DIRECT ENERGY US HOME SERVICES, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Masters Home Services' motion to postpone the deadline for filing a joint pretrial order and motions in limine is granted in part and denied in part. The deadline for filing the joint pretrial order and motions in limine is reset for January 24, 2014. The docket call scheduled for Friday, December 6, 2013 is reset for Friday, **January 31, 2014 at 2:00 pm.** The court will address the pending dispositive motions as soon as practicable.

SIGNED on November 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge